**No. 47880.**—Protests 862221–G, etc., of Kwong Yuen Shing et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the claim for free entry under paragraph 1669 was sustained.

**No. 47881.**—Protest 957749–G (A) of Ti Hang Lung & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (T. D. 48192) the claim at ⅝ of 1 cent per pound under paragraph 727 was sustained on the weight of the broken rice as shown in the appraiser's report, viz, "300 mats, 0.5% broken rice by weight, and 1300 mats, 1.6% broken rice by weight."

**No. 47882.**—Protest 89757–K of P. H. Petry Co. (New York).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. There being nothing in the record to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 47883.**—Protests 971787–G, etc., of Arthur G. Dunn et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47884.**—Suit 4381.——*Cargill Grain Co., Inc.* v. *United States.* C. D. 579 affirmed November 2, 1942. C. A. D. 219.

**No. 47885.**—Suit 4403.——*Joseph B. Greenberg et al.* v. *United States.* C. D. 626 dismissed October 30, 1942.